IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL GRIFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, and IRA FINANCIAL TRUST COMPANY,<br><br>Defendants. | Case No. 22-cv-1747-CRB<br><br>**ORDER OF DISMISSAL** |

On July 29, 2022, the Court granted Defendant IRA Financial Trust Company (IRA)'s Motion to Dismiss for Improper Venue or to Transfer, allowing Plaintiff Marshall Griffin 30 days to file an amended complaint. See Order (dkt. 45) at 18. Griffin has not timely amended his complaint. Accordingly, the Court DISMISSES the complaint as to Defendant IRA with prejudice.

**IT IS SO ORDERED.**

Dated: September 9, 2022

CHARLES R. BREYER
United States District Judge